IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTEES OF THE OREGON AND
SOUTHWEST WASHINGTON PAINTERS
PENSION TRUST FUND; TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST; TRUSTEES OF
THE OREGON AND SOUTHWEST
WASHINGTON DRYWALL APPRENTICESHIP
AND TRAINING TRUST FUND; TRUSTEES OF
THE WALL AND CEILING INDUSTRY
PROMOTION FUND OF OREGON AND
SOUTHWEST WASHINGTON; GYPSUM
DRYWALL LABOR MANAGEMENT
COOPERATION INITIATIVE; and
INTERNATIONAL UNION OF PAINTERS AND
ALLIED TRADES, DISTRICT COUNCIL NO. 5,

No. 3:22-cv-00218-YY

ORDER

        Plaintiffs,

   v.

PORTLAND DRYWALL SYSTEMS
ENTERPRISE, INC.; and ABELARDO CHAVEZ,
an individual,
        Defendants.

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation on June 26, 2023, in which she recommends that the Court grant Plaintiffs' Motion for Summary Judgment and enter judgment against Defendants individually, and jointly and severally, for the total amount of $134,787.75. F&R, ECF 31. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [31]. Accordingly, Plaintiffs' Motion for Summary Judgment [23] is GRANTED. Plaintiffs are directed to submit a proposed judgment to the Court within 30 days.

IT IS SO ORDERED.

DATED:   August 23, 2023   .

*[signature: Marco Hernández]*

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER